IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| HANS VATHEUER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 130270N |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution. On October 1, 2013, Defendant filed a Motion to Dismiss (Motion), requesting dismissal of Plaintiff's Complaint because Plaintiff is deceased and is not, therefore, aggrieved under ORS 305.275. (Def's Mot at 1.) Having received no response from Plaintiff, the court issued an Order on October 15, 2013, requesting Plaintiff file a written response to Defendant's Motion within 14 days of the date of the Order and stating that Plaintiff's appeal would be dismissed for lack of prosecution if Plaintiff failed to file a written response. Plaintiff's response time has passed and the court has received no further communication from Plaintiff. Under the circumstances, this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of October 2013.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.*

FINAL DECISION OF DISMISSAL  TC-MD 130270N                                                      1

*This document was signed by Magistrate Allison R. Boomer on October 30, 2013. The Court filed and entered this document on October 30, 2013.*